IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| INTENDIS, INC. and DOW PHARMACEUTICAL SCIENCES, INC. | )<br>)<br>) |
| Plaintiffs, | ) Case No. 11-cv-01634-RLV<br>)<br>) |
| v. | )<br>) |
| RIVER'S EDGE PHARMACEUTICALS, LLC and TERESINA HOLDINGS, LLC. | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

**DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES
TO PLAINTIFFS' SECOND AMENDED COMPLAINT**

Defendants, RIVER'S EDGE PHARMACEUTICALS, LLC ("River's Edge") and TERESINA HOLDINGS, LLC ("Teresina"), by and through their undersigned counsel, hereby respond to Plaintiffs' Second Amended Complaint as follows:

1. With respect to Paragraph 4 of Plaintiffs' Second Amended Complaint, which is the only Paragraph containing a new allegation, Defendants admit that Defendant, Teresina Holdings, LLC, is a limited liability company organized and existing under the laws of the State of

1

Delaware, having a registered agent at 1000 North King Street, Wilmington, DE 19801.

2. Defendant River's Edge hereby adopts and incorporates by reference, as if fully set forth herein, its previously-filed Amended Answer and Affirmative Defenses [D.E. 61] with respect to all other allegations.

3. Defendant Teresina hereby adopts and incorporates by reference, as if fully set forth herein, River's Edge's Amended Answer and Affirmative Defenses [D.E. 61] with respect to all other allegations.

4. Any allegation not addressed above or within River's Edge's Amended Answer and Affirmative Defenses [D.E. 61] is hereby denied with strict proof demanded thereof.

## JURY TRIAL DEMAND

Pursuant to Fed. R. Civ. P. 38, Defendants hereby demand a jury trial on all claims, counterclaims, and affirmative defenses asserted in this action.

Respectfully submitted,

William S. Sutton, Esq.
McLain & Merritt, P.C.
Attorneys for Defendant
3445 Peachtree Road, N.E.
Suite 500
Atlanta, GA 30326,
Telephone: (404) 365-4549
bsutton@mclain-merritt.com

By: */s/ William S. Sutton*
    William S. Sutton, Esq.

Of Counsel:

BECKER & POLIAKOFF, P.A.
Emerald Lake Corporate Park
3111 Stirling Road
Fort Lauderdale, FL 33312-6525
Telephone: (954) 987-7550
Facsimile: (954) 985-4176
Gary C. Rosen, Esq.
Florida Bar No.: 310107
(Admitted pro hac vice)
Daniel L. Wallach, Esq.
Florida Bar No.: 540277
(Admitted pro hac vice*)*

3

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 5, 2012, the undersigned electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record: Bradford J. Badke, Esq. and Pablo D. Hendler, Esq., Ropes & Gray LLP, 1211 Avenue of the Americas, New York, New York 10036, and Bryan G. Harrison, Esq., and W. Andrew McNeil, Esq., Morris, Manning & Martin, LLP, , 3343 Peachtree Road, N.E., Atlanta, Georgia 30326.

By: */s/ William S. Sutton*
William S. Sutton, Esq.

ACTIVE: 3959866_1

4