IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| BAYER HEALTHCARE PHARMACEUTICALS, INC., *et al.*, | : | |
| Plaintiffs, | : | |
| v. | : | |
| RIVER'S EDGE PHARMACEUTICALS, LLC, *et al.*, | : | CIVIL ACTION NO. 1:11-CV-1634-LMM |
| Defendants. | : | |

**ORDER**

This case comes before the Court on a *sua sponte* review. The parties are **ORDERED** to participate in mediation within 30 days of this Order.

**IT IS SO ORDERED** this 17th day of May, 2017.

LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE