**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| LEO PHARMA A/S, LEO PHARMA INC. and DOW PHARMACEUTICAL SCIENCES, INC.<br><br>Plaintiffs,<br><br>v.<br><br>RIVER'S EDGE PHARMACEUTICALS, LLC; TERESINA HOLDINGS, LLC; MEDICAL PRODUCTS LABORATORIES, INC. and STAYMA CONSULTING SERVICES, LLC<br><br>Defendants. | Case No. 11-cv-01634-LMM<br><br>**CONSENT JUDGMENT AND ORDER** |

WHEREAS, on May 19, 2011, Intendis, Inc., and Dow Pharmaceutical Sciences, Inc., brought the above action against River's Edge Pharmaceuticals, alleging infringement of U.S. Patent No. 6.387,383 (the "'383 Patent") based on the submission of the Abbreviated New Drug Application ("ANDA") No. 202470.

WHEREAS, LEO Pharma A/S, LEO Pharma Inc., ("LEO") and Dow Pharmaceutical Sciences Inc. ("Dow") (collectively, "Plaintiffs") and Defendants River's Edge Pharmaceuticals, LLC ("River's Edge"), Teresina Holdings, LLC ("Teresina"), Medical Products Laboratories, Inc., ("MPL"), and Stayma Consulting Services, LLC ("Stayma") (collectively, "Defendants") have entered into an agreement to settle this action (the "Settlement Agreement") and a license agreement (the "License Agreement") under which Plaintiffs have granted Teresina a license to the '383 Patent;

WHEREAS, Defendants admit that the submission of ANDA No. 202470 was a technical act of infringement of the '383 patent pursuant to 35 U.S.C. § 271(e)(2), and that the commercial manufacture, use, sale, offer for sale, or importation of the product for which Teresina seeks marketing approval in ANDA No. 202470 (the "Teresina Product") would constitute infringement of the '383 patent.

WHEREAS, Defendants admit for purposes of this Action only that the claims of the '383 Patent are valid and enforceable.

WHEREAS, the Parties have agreed to terminate this pending action by entry of this Judgment and Order; and

WHEREAS, Plaintiffs and Defendants consent to the Judgment and Order.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. All claims, affirmative defenses, and counterclaims, which have been or could have been raised by Plaintiffs against Defendants, or by Defendants against Plaintiffs, in this action with respect to the Teresina Product and the '383 Patent are hereby dismissed with prejudice.

2. Teresina, Stayma, River's Edge, and MPL, and their Affiliates, and their officers, directors, employees, agents, successors, affiliates and assigns, and all persons or entities acting in concert or participation with them are hereby enjoined from manufacturing, using, offering for sale or selling in the United States, or importing into the United States, the Teresina Product, except as provided under the License Agreement between Plaintiffs and Teresina, Stayma, River's Edge, and MPL, or as otherwise permitted under 35 U.S.C. § 271(e)(1).

3. The Parties waive all rights to appeal from this Judgment and Order, except for reasons relating to the enforcement of the provisions of the License Agreement.

4. This Court shall retain jurisdiction of this action and over the Parties for purposes of enforcement of the provisions of this Judgment and Order.

5. Each Party is to bear its own costs and attorneys' fees.

IT IS SO ORDERED.

HON. LEIGH MARTIN MAY
U.S. DISTRICT COURT JUDGE
11/15/18

We consent to the form and entry of this Order.

Respectfully submitted,

BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.

/s/ Robert G. Brazier
Robert G. Brazier
Georgia Bar No. 078938
rbrazier@bakerdonelson.com
Steven G. Hall
Georgia Bar No. 319308
shall@bakerdonelson.com
Joshua Tropper
Georgia Bar No. 716790
jtropper@bakerdonelson.com
Suite 1600, Monarch Plaza
3414 Peachtree Road, N.E.
Atlanta, GA 30326
404.577.6000 (Telephone)
404.221.6501 (Facsimile)
*Counsel for Defendants*

Respectfully submitted,

MORRIS, MANNING & MARTIN, LLP

/s/ Lawrence H. Kunin
Lawrence H. Kunin
Georgia Bar No. 430333
lhk@mmmlaw.com
3343 Peachtree Road, NE, Suite 1600
Atlanta, Georgia 30326
Phone: (404) 233-7000
Fax: (404) 365-9532

*Counsel for Plaintiffs LEO Pharma A/S and LEO Pharma Inc.*